**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| El Paso Natural Gas Company, a Delaware corporation,<br><br>　　　　Plaintiff/Counterdefendant<br><br>vs.<br><br>Southwest Forest Products, Inc., an Arizona corporation; Southwest Forest Products Transportation, Inc., an Arizona corporation; Stephen R. Van Der Toorn; Lu Ane J. Van Der Toorn; The Van Der Toorn Family Trust,<br><br>　　　　Defendant/Counterclaimants. | No. CV 05-4068-PCT-SMM<br><br>**ORDER** |

Currently pending before the Court is the Joint Notice of Settlement (Doc. 15.) Pursuant to their settlement agreement, the parties anticipate filing a Joint Motion to Dismiss the case, with prejudice, on or before October 27, 2008. Accordingly,

**IT IS HEREBY ORDERED** that the parties have until **October 27, 2008** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the parties shall attend a status conference scheduled for **November 3, 2008, at 1:30 p.m.** If the stipulation is received by **October 27, 2008**, the status conference will be automatically vacated.

DATED this 16th day of September, 2008.

_____
Stephen M. McNamee
United States District Judge