**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EL PASO NATURAL GAS COMPANY, a Delaware Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>SOUTHWEST FOREST PRODUCTS, INC., an Arizona corporation; SOUTHWEST FOREST PRODUCTS TRANSPORTATION INC., an Arizona corporation; STEPHEN R. VAN DER TOORN, LU ANNE J. VAN DER TOORN; THE VAN DER TOORN FAMILY TRUST,<br><br>          Defendants. | No. CV 05-4068-PCT-SMM<br><br>**ORDER** |

Before the Court is the parties' Joint Notice of Withdrawal of Joint Motion to File Settlement Agreement Under Seal (Doc. 52). After consideration by the Court,

**IT IS HEREBY ORDERED GRANTING** the Joint Notice of Withdrawal to File Settlement Agreement Under Seal (Doc. 52). As a result, the Settlement Agreement in the instant case will not be filed with the Court.

DATED this 3rd day of December, 2008.

*[signature]*
Stephen M. McNamee
United States District Judge