**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EL PASO NATURAL GAS COMPANY, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOUTHWEST FOREST PRODUCTS, INC., an Arizona corporation; SOUTHWEST FOREST PRODUCTS TRANSPORTATION INC., an Arizona corporation; STEPHEN R. VAN DER TOORN, LU ANNE J. VAN DER TOORN; THE VAN DER TOORN FAMILY TRUST,<br><br>　　　　　Defendants. | No. CV 05-4068-PCT-SMM<br><br>**ORDER** |

Before the Court is the parties' Joint Motion to Dismiss with Prejudice (Doc. 56). Having considered the Motion and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Joint Motion to Dismiss with Prejudice (Doc. 56).

**IT IS FURTHER ORDERED** dismissing this case, including all counterclaims therein with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED VACATING** the status hearing set for Wednesday, February 11, 2009 at 4:00 p.m.

1 **IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

2 DATED this 9th day of February, 2009.

*[signature]*
Stephen M. McNamee
United States District Judge

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28